IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CR-00032-KDB-DSC-8

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HECTOR LOPEZ-GUTIERREZ | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading (Doc. No. 284) requesting a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines.

This Court has previously ruled that Amendment 782 provides no change in the guideline calculations in this case. (Doc. No. 271: Order denying Sentence Reduction at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 284) is **DENIED**.

Signed: March 5, 2020

Kenneth D. Bell
United States District Judge